IDA ROCKER, PLAINTIFF-APPELLANT, v. CARDINAL BUILDING AND LOAN ASSOCIATION OF THE CITY OF NEWARK, DEFENDANT-RESPONDENT.

Submitted October 29, 1935; Re-argued as Nos. 2/3, May 29, 1936—Decided October 26, 1937.

For the appellant, *John J. Slamler.*

For the respondent, *Harold Simandl, John Warren, David T. Wilentz,* attorney-general, *amicus curiæ* (*Louis J. Cohen,* assistant attorney-general, of counsel).

PER CURIAM.

These appeals are, in all respects, identical with that of *Busci* v. *Longworth Building and Loan Association* (No. 57, May term, 1935, re-argued as No. 1, May term, 1936, decided October 26th, 1937), 119 *N. J. L.* 120, except that in the former the action was to recover the withdrawal value of installment shares, and in the latter the principal and interest of paid up shares. This is of no consequence. *Pamph. L.* 1925, *ch. 65, pp.* 223, 224, § 74, under the title of *"status of shares,* provides, *inter alia,"* * * * and all members shall occupy the same relative status as to debts and losses of such association * * *" and "no agreement or understanding shall be made or entered into whereby the time for surrendering paid up shares to such association and withdrawing the value thereof shall be postponed *and paid up shares shall only be surrendered and withdrawn on the same terms and under the same conditions as provided in the constitution for the surrender and withdrawal of installment shares* * * *."

The judgments under review will be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BODINE, DONGES, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 9.

*For reversal*—PARKER, LLOYD, CASE, HEHER, JJ. 4.